# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Chris Phillips, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 14-CIV-567-CVE-PJC<br>) |
| STEPHEN LAFRANCE HOLDINGS, INC., *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Stuart P. Ashworth, of the law firm Holden & Montejano, and hereby enters his appearance as attorney of record for the Walgreen Company, Inc. In conformity with 12 OS §2005(B), the undersigned, and the firm, DO NOT consent to receive pleadings, motions or discovery by electronic or facsimile transmission.

Dated this 19th day of June, 2018.

Respectfully submitted,

**HOLDEN & MONTEJANO**

/s/*Stuart P. Ashworth*
Don W. Danz, OBA #14607
Stuart P. Ashworth, OBA #31468
15 East 5th Street, Suite 3900
Tulsa, OK 74103
918-295-8888; 918-295-8889 (facsimile)
DonDanz@HoldenLitigation.com
StuartAshworth@HoldenLitigation.com
*Attorneys for Walgreen Company, Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

to:

| | |
|---|---|
| Andy Mao<br>Department of Justice<br>Civil Division<br>601 D ST NW<br>WASHINGTON, DC 20004<br><br>Jeffrey A. Toll<br>US Department of Justice Civil Division<br>(Civil-Box 261)<br>PO BOX 261<br>WASHINGTON, DC 20004<br><br>Marianne Smith HardCastle<br>marianne.hardcastle@usdoj.gov<br><br>Michael D Granston<br>US Department of Justice Civil Division<br>(Civil-Box 261)<br>PO BOX 261<br>WASHINGTON, DC 20004<br><br>*Counsel for Plaintiff, the United States of America*<br><br>Niki S Batt<br>Niki.Batt@oag.ok.gov<br>*Counsel for the State of Oklahoma*<br><br>Gary M Grossenbacher<br>mgtex@austin.rr.com<br><br>Gaylon C Hayes<br>gaylon@hhhlawfirm.com<br><br>Glenn Grossenbacher<br>glenn@gglawtx.com | Jason Alan McVicker<br>jason.mcvicker@mcafeetaft.com<br><br>Jessica Lynn John Bowman<br>jessica.johnbowman@mcafeetaft.com<br><br>John C. Eason<br>jeason@bassberry.co<br><br>Mary Quinn-Cooper<br>maryquinn.cooper@mcafeetaft.com<br><br>Matthew M. Curly<br><br>*Attorneys for Defendants Arcadia Valley Drug Co., Daleco, Inc., USA Drug & Beauty Market Franchising System, Inc.* |

| | |
|---|---|
| Ira Wayne Allison<br>wayne@allisonlegal.com<br><br>Jason Michael Idell<br>idellpllc@gmail.com<br><br>Rand J Riklin<br>riklin@goodelaw.com<br><br>Shelley Rodes Slade<br>sslade@vsg-law.com<br><br>Timothy D Eisel<br>eisellaw@yahoo.com<br><br>*Attorneys for Plaintiff Chris Phillips* | |

/s/Stuart P. Ashworth
Stuart P. Ashworth